JS-6

1
2
3
4
5
6
7
8
9         **UNITED STATES DISTRICT COURT**
10     **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11 | AIRDOCTOR, LLC, a Delaware Limited | CASE NO. CV 22-4007-GW-ASx
12 | Liability Company, |

13           Plaintiff,         | **ORDER GRANTING JOINT**
                               **STIPULATION OF DISMISSAL**
14      v.

15 | DURABASICS LLC, and DOES 1-10

16        Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 2:22-cv-04007-GW (ASx)

[PROPOSED] ORDER

1    The Court, having reviewed the Parties' stipulation, and good cause appearing,

2  hereby orders that under Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED

3  THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to

4  all claims, causes of action, and parties, with each party bearing its own attorney's fees

5  and costs. The Clerk is directed to close this case.

6  IT IS SO ORDERED.

7

8  DATED: December 20, 2022

9                                           By:    _____

10                                                   Hon. George H. Wu
                                                     United States District Judge